UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,        Criminal No. 09-276 (1) (RHK/RLE)

vs.

**ORDER**

Thorsten Gorham Otterness,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 25, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge